Mark I. Labaton (Bar No. 159555)
mlabaton@motleyrice.com
Robert Zabb (Bar No. 114405)
rzabb@motleyrice.com
**MOTLEY RICE LLP**
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024
Telephone: (310) 500-3540
Facsimile: (310) 824-2870

*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSET MANAGEMENT FUND, d/b/a AMF FUNDS; AMF INTERMEDIATE MORTGAGE FUND; AMF ULTRA SHORT FUND; AMF ULTRA SHORT MORTGAGE FUND; AMF SHORT U.S. GOVERNMENT FUND; AMF U.S. GOVERNMENT MORTGAGE FUND | **CASE NO.** <br><br> **12-CV-04775 MRP-MAN** |
| Plaintiffs, <br><br> vs. | **NOTICE OF APPEARANCE OF MARK I. LABATON AND ROBERT M. ZABB** |
| BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; NB HOLDINGS CORPORATION; MERRILL LYNCH, PIERCE, FENNER & SMITH, Inc. (f/k/a BANC OF AMERICA SECURITIES LLC); BANC OF AMERICA FUNDING CORPORATION; BANK OF AMERICA MORTGAGE SECURITIES, INC.; CREDIT SUISSE SECURITIES (USA) LLC; CREDIT SUISSE HOLDINGS (USA) INC.;CREDIT SUISSE (USA), INC. <br><br> (CONTINUED) | |

NOTICE OF APPEARANCE OF MARK I. LABATON AND ROBERT M. ZABB
CASE NO. 12-CV-04775 MRP-MAN

| | |
|---|---|
| 1 | COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS, INC.; CWMBS, INC.; GOLDMAN SACHS & CO.; DEUTSCHE BANK SECURITIES INC.; MERRILL LYNCH MORTGAGE LENDING, INC.; MERRILL LYNCH MORTGAGE INVESTORS, INC.; MERRILL LYNCH MORTGAGE CAPITAL INC.; and MERRILL LYNCH & CO., INC.,  ) ) ) ) ) ) ) ) ) ) ) ) |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | Defendants.  ) ) |
| 9 | ) |
| 10 | ) |
| 11 | ) |
| 12 | ) |
| 13 | ) |
| 14 | ) |
| 15 | ) |
| 16 | ) |
| 17 | ) |
| 18 | ) |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF**

**RECORD:**

**PLEASE TAKE NOTICE** that Mark I. Labaton and Robert M. Zabb

enter their appearance in the above-captioned matter as attorneys for Plaintiffs

Asset Management Fund, d/b/a AMF Funds; AMF Intermediate Mortgage Fund;

AMF Ultra Short Fund; AMF Ultra Short Mortgage Fund, AMF Short U.S.

Government Fund, and AMF U.S. Government Mortgage Fund.  Plaintiffs

respectfully request that all communications and all papers filed or served, or

required to be filed or served, in the above-captioned action be directed to

counsel at the address set forth below:

>Mark I. Labaton
>Robert M. Zabb
>Motley Rice LLP
>1100 Glendon Avenue, 14th Floor
>Los Angeles, California   90024
>Email:  mlabaton@motleyrice.com
>        rzabb@motleyrice.com

>Respectfully submitted,

>*s/Mark I. Labaton*
>Mark I. Labaton (Bar No. 159555)
>mlabaton@motleyrice.com
>Robert M. Zabb (Bar No. 114405)
>rzabb@motleyrice.com
>MOTLEY RICE LLP
>1100 Glendon Avenue, 14th Floor
>Los Angeles, California 90024
>Telephone:  (310) 500-3540
>Facsimile:  (310) 824-2870
>*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 19, 2012.

<div style="margin-left:40%;">

*s/Mark I. Labaton*

Mark I. Labaton (Bar No. 159555)
mlabaton@motleyrice.com
Robert M. Zabb (Bar No. 114405)
rzabb@motleyrice.com
**MOTLEY RICE LLP**
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024
Telephone: (310) 500-3488
Facsimile: (310) 824-2870

</div>

1

## SERVICE LIST
## VIA ELECTRONIC NOTICE

2

3    Brian E. Pastuszenski                      *Attorneys for Defendants Countrywide*
     Inez H. Friedman-Boyce                     *Financial Corporation; Countrywide Home*
4    **Goodwin Procter LLP**                    *Loans, Inc. and CWMBS, Inc.*
     Exchange Place
5    53 State Street
6    Boston, MA   02109
     bpastuszenski@goodwinprocter.com
7    ifriedmanboyce@goodwinprocter.com

8    Daniel P. Roeser
     **Goodwin Procter LLP**
9    The New York Times Building
10   620 Eighth Avenue
     New York, New York   10018
11   droeser@goodwinprocter.com

12   Jason D. Russell                           *Attorney for Defendant NB Holdings*
                                                *Corporation*
13   **Skadden, Arps, Slate, Meagher**
     **& Flom**
14   300 South Grand Avenue, Suite 3400
     Los Angeles, California   90071-3144
15   Jason.russell@skadden.com

16   Jay B. Kasner                              *Attorneys for Defendants Bank of America*
     Scott D. Musoff                            *Corporation, Bank of America, N.A.,*
17   Christopher P. Malloy                      *Merrill Lynch, Pierce, Fenner & Smith,*
                                                *Inc., Banc of America Funding*
18   **Skadden, Arps, Slate, Meagher**          *Corporation, Bank of America Mortgage*
     **& Flom**                                 *Securities, Inc., Merrill Lynch Mortgage*
19   Four Times Square                          *Lending, Inc., Merrill Lynch Mortgage*
     New York, New York   10036                 *Investors, Inc., Merrill Lynch Mortgage*
20   Jay.kasner@skadden.com                     *Capital Inc., and Merrill*
     Scott.musoff@skadden.com                   *Lynch & Co., Inc.*
21   Christopher.malloy@skadden.com

22

23

24

25

26

27

28