Joel H. Bernstein (JB-0763)
Martis Alex (MA-5789)
Mark Arisohn (MA-2364)
David Goldsmith (DG-7388)
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
jbernstein@labaton.com
malex@labaton.com
marisohn@labaton.com
dgoldsmith@labaton.com

Attorneys for Plaintiffs
Asset Management Fund, et al.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **IN RE COUNTRYWIDE FINANCIAL CORP. MORTGAGE BACKED SECURITIES LITIGATION** | **Case No. 11-ML-02265**<br>**NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF ASSET MANAGEMENT FUND, et al.** |
| **ASSET MANAGEMENT FUND, et al.,**<br>**Plaintiff,**<br>v.<br>**BANK OF AMERICA CORPORATION, et al.,**<br>**Defendants.** | **CASE NO. 12-CV-04775-MRP-MAN** |

NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFFS ASSET MANAGEMENT FUND, ET AL. [11-ml-02265 & 12-04775]

**To the Court and to all interested parties and their attorneys of record:**

The undersigned hereby file their appearance as attorneys for Plaintiffs Asset Management Fund, d/b/a AMF Funds, AMF Intermediate Mortgage Fund, AMF Ultra Short Fund, AMF Ultra Short Mortgage Fund, AMF Short U.S. Government Fund and AMF U.S. Government Mortgage Fund:

JOEL H. BERNSTEIN

jbernstein@labaton.com

MARTIS ALEX

malex@labaton.com

MARK ARISOHN

marisohn@labaton.com

DAVID GOLDSMITH

dgoldsmith@labaton.com

BARRY OKUN

bokun@labaton.com

MICHAEL WOOLLEY

mwoolley@labaton.com

CORBAN RHODES

crhodes@labaton.com

KIMBERLY KALMANSON

kkalmanson@labaton.com

IRINA VASILCHENKO

ivasilchenko@labaton.com

FELICIA MANN

fmann@labaton.com

RICK SMITH

rsmith@labaton.com

1
2  DATED: June 28, 2012
3                                              LABATON SUCHAROW LLP
4
5                                              /s/ Joel H. Bernstein
6                                              *Attorneys for Plaintiffs*
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Joel H. Bernstein
Joel H. Bernstein
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477