Joel H. Bernstein (JB-0763)
Martis Alex (MA-5789)
Mark Arisohn (MA-2364)
David Goldsmith (DG-7388)
LABATON SUCHAROW LLP
140 Broadway
New York, NY  10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
jbernstein@labaton.com
malex@labaton.com
marisohn@labaton.com
dgoldsmith@labaton.com

Attorneys for Plaintiffs
Asset Management Fund, et al.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **IN RE COUNTRYWIDE FINANCIAL CORP. MORTGAGE BACKED SECURITIES LITIGATION** | **Case No. 11-ML-02265**<br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |
| **ASSET MANAGEMENT FUND, et al.,**<br>**Plaintiffs,**<br>v.<br>**BANK OF AMERICA CORPORATION, et al.,**<br>**Defendants.** | **Case No. 12-CV-04775-MRP-MAN** |

Pursuant to Local Rule 7.1-1 of the United States District Court for the Central District of California, the undersigned, counsel of record for Plaintiffs Asset Management Fund, d/b/a AMF Funds, AMF Intermediate Mortgage Fund, AMF Ultra Short Fund, AMF Ultra Short Mortgage Fund, AMF Short U.S. Government Fund and AMF U.S. Government Mortgage Fund, certify that the following listed parties may have a direct pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

**For Plaintiff AMF Intermediate Mortgage Fund:**

| | |
|---|---|
| BankUnited | Owns more than 10% of Plaintiff's shares |
| Martinsville First Savings Bank | Owns more than 10% of Plaintiff's shares |
| Cross County Savings Bank | Owns more than 10% of Plaintiff's shares |

**For Plaintiff AMF Ultra Short Fund:**

| | |
|---|---|
| Winter Hill Bank FSB | Owns more than 10% of Plaintiff's shares |
| Harleysville National Bank & Trust | Owns more than 10% of Plaintiff's shares |
| Cross County Savings Bank | Owns more than 10% of Plaintiff's shares |
| Scottsburg Building & Loan Assoc. | Owns more than 10% of Plaintiff's shares |

**For Plaintiff AMF Short U.S. Government Fund:**

| | |
|---|---|
| North Cambridge Cooperative Bank | Owns more than 10% of Plaintiff's shares |
| First Federal Community Bank | Owns more than 10% of Plaintiff's shares |
| Cross County Savings Bank | Owns more than 10% of Plaintiff's shares |

**For Plaintiff AMF U.S. Government Mortgage Fund:**

| | |
|---|---|
| St. Casimirs Savings Bank | Owns more than 10% of Plaintiff's shares |
| Century Surety Company | Owns more than 10% of Plaintiff's shares |
| The Citizens Bank | Owns more than 10% of Plaintiff's shares |
| Wallkill Valley Federal Savings | Owns more than 10% of Plaintiff's shares |

& Loan Association

DATED: June 28, 2012

                                              LABATON SUCHAROW LLP

                                              /s/ Joel H. Bernstein

                                              *Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Joel H. Bernstein
Joel H. Bernstein
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477