1 | Mark I. Labaton (Bar No. 159555)
mlabaton@motleyrice.com
2 | Robert Zabb (Bar No. 114405)
rzabb@motleyrice.com
3 | **MOTLEY RICE LLP**
4 | 1801 Century Park East, Suite 475
Los Angeles, California  90067
5 | Telephone: (310) 552-8109
Facsimile: (310) 552-8054
6 |
7 |
8 | *Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSET MANAGEMENT FUND, d/b/a AMF FUNDS; AMF INTERMEDIATE MORTGAGE FUND; AMF ULTRA SHORT FUND; AMF ULTRA SHORT MORTGAGE FUND; AMF SHORT U.S. GOVERNMENT FUND; AMF U.S. GOVERNMENT MORTGAGE FUND<br><br>                    Plaintiffs,<br>vs.<br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; NB HOLDINGS CORPORATION; MERRILL LYNCH, PIERCE, FENNER & SMITH, Inc. (f/k/a BANC OF AMERICA SECURITIES LLC); BANC OF AMERICA FUNDING CORPORATION; BANK OF AMERICA MORTGAGE SECURITIES, INC.; CREDIT SUISSE SECURITIES (USA) LLC; CREDIT SUISSE HOLDINGS (USA) INC.;CREDIT SUISSE (USA), INC.<br><br>(CONTINUED) | CASE NO.<br><br>**12-CV-04775 MRP-MAN**<br><br>**NOTICE OF CHANGE OF ADDRESS OF COUNSEL** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS, INC.; CWMBS, INC.; GOLDMAN SACHS & CO.; DEUTSCHE BANK SECURITIES INC.; MERRILL LYNCH MORTGAGE LENDING, INC.; MERRILL LYNCH MORTGAGE INVESTORS, INC.; MERRILL LYNCH MORTGAGE CAPITAL INC.; and MERRILL LYNCH & CO., INC.,<br><br>                    Defendants. |

NOTICE OF CHANGE OF ADDRESS OF COUNSEL
CASE NO. 12-CV-04775 MRP-MAN

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Motley Rice LLP has relocated its Los Angeles, California office. The new address and contact information for the firm's Los Angeles office is:

Motley Rice LLP
1801 Century Park East, #475
Los Angeles, CA   90067

Phone:     (310) 552-7992; (310) 552-8109
Fax:       (310) 552-8054

The email addresses remain the same.

          Mark I. Labaton
          Motley Rice LLP
          1801 Century Park East, Suite 475
          Los Angeles, California   90067
          Email:  mlabaton@motleyrice.com

          Respectfully submitted,

          *s/Mark I. Labaton*
          Mark I. Labaton (Bar No. 159555)
          MOTLEY RICE LLP
          1801 Century Park East, Suite 475
          Los Angeles, California 90067
          Telephone: (310) 552-8109
          Facsimile: (310) 552-8054
          *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 15, 2012.

                                       *s/Mark I. Labaton*
                                       Mark I. Labaton (Bar No. 159555)
                                       mlabaton@motleyrice.com
                                       **MOTLEY RICE LLP**
                                       1801 Century Park East, Suite 475
                                       Los Angeles, California 90067
                                       Telephone: (310) 552-8109
                                       Facsimile: (310) 552-8054

# SERVICE LIST
## VIA ELECTRONIC NOTICE

| | |
|---|---|
| Brian E. Pastuszenski<br>Inez H. Friedman-Boyce<br>**Goodwin Procter LLP**<br>Exchange Place<br>53 State Street<br>Boston, MA  02109<br>bpastuszenski@goodwinprocter.com<br>ifriedmanboyce@goodwinprocter.com | *Attorneys for Defendants Countrywide Financial Corporation; Countrywide Home Loans, Inc. and CWMBS, Inc.* |
| Daniel P. Roeser<br>**Goodwin Procter LLP**<br>The New York Times Building<br>620 Eighth Avenue<br>New York, New York   10018<br>droeser@goodwinprocter.com | |
| Jason D. Russell<br>**Skadden, Arps, Slate, Meagher<br>& Flom**<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, California   90071-3144<br>Jason.russell@skadden.com | *Attorney for Defendant NB Holdings Corporation* |
| Jay B. Kasner<br>Scott D. Musoff<br>Christopher P. Malloy<br>**Skadden, Arps, Slate, Meagher<br>& Flom**<br>Four Times Square<br>New York, New York   10036<br>Jay.kasner@skadden.com<br>Scott.musoff@skadden.com<br>Christopher.malloy@skadden.com | *Attorneys for Defendants Bank of America Corporation, Bank of America, N.A., Merrill Lynch, Pierce, Fenner & Smith, Inc., Banc of America Funding Corporation, Bank of America Mortgage Securities, Inc., Merrill Lynch Mortgage Lending, Inc., Merrill Lynch Mortgage Investors, Inc., Merrill Lynch Mortgage Capital Inc., and Merrill Lynch & Co., Inc.* |

NOTICE OF CHANGE OF ADDRESS OF COUNSEL
CASE NO. 12-CV-04775 MRP-MAN