| | |
|---|---|
| 1 | Mark I. Labaton (Bar No. 159555)<br>mlabaton@motleyrice.com |
| 2 | Robert Zabb (Bar No. 114405)<br>rzabb@motleyrice.com |
| 3 | MOTLEY RICE LLP<br>1801 Century Park East, #475 |
| 4 | Los Angeles, CA  90067<br>Telephone:  (310) 552-7992 |
| 5 | Facsimile:  (310) 552-8054 |
| 6 | Joel H. Bernstein<br>jbernstein@labaton.com |
| 7 | Mark S. Arisohn<br>marisohn@labaton.com |
| 8 | Martis Alex (Bar No. 77903)<br>malex@labaton.com |
| 9 | LABATON SUCHAROW LLP<br>140 Broadway |
| 10 | New York, New York  10005<br>Telephone:  (212) 907-0700 |
| 11 | Facsimile:  (212) 818-0477 |
| 12 | *Counsel for Plaintiffs* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 11-ML-02265-MRP (MANx) |
| ASSET MANAGEMENT FUND, d/b/a AMF FUNDS; AMF INTERMEDIATE MORTGAGE FUND; AMF ULTRA SHORT FUND; AMF ULTRA SHORT MORTGAGE FUND; AMF SHORT U.S. GOVERNMENT FUND; and AMF U.S. GOVERNMENT MORTGAGE FUND<br><br>Plaintiffs,<br><br>-against-<br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A; NB HOLDINGS<br>(continued) | Case No. 12-CV-04775-MRP (MANx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF CREDIT SUISSE SECURITIES (USA) LLC; CREDIT SUISSE HOLDINGS (USA), INC., CREDIT SUISSE (USA), INC.; GOLDMAN SACHS & CO.; DEUTSCHE BANK SECURITIES INC.; MERRILL LYNCH MORTGAGE CAPITAL INC.** |

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 12-CV-04775-MRP (MANx)

| | |
|---|---|
| 1 | (continued) CORPORATION; MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. (f/k/a BANC OF AMERICA SECURITIES LLC); BANC OF AMERICA FUNDING CORPORATION; BANK OF AMERICA MORTGAGE SECURITIES INC.; COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS, INC.; CWMBS, INC.; MERRILL LYNCH MORTGAGE LENDING, INC.; MERRILL LYNCH MORTGAGE INVESTORS, INC.; and MERRILL LYNCH CO., INC.                    Defendants. |

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) the attorneys for the Plaintiffs hereby voluntarily dismiss the above-entitled action as to Defendants Credit Suisse Securities (USA) LLC, Credit Suisse Holdings (USA), Inc., Credit Suisse (USA), Inc.; Goldman Sachs & Co., Deutsche Bank Securities Inc. and Merrill Lynch Mortgage Capital Inc. without prejudice and without costs.

| | | |
|---|---|---|
| 1 | Dated: September 7, 2012 | Respectfully Submitted, |
| 2 | | LABATON SUCHAROW LLP |
| 3 | | |
| 4 | | By:  */s/ Joel H. Bernstein* |
| 5 | | Joel H. Bernstein<br>jbernstein@labaton.com |
| 6 | | Mark S. Arisohn<br>marisohn@labaton.com |
| 7 | | Martis Alex (Bar No. 77903)<br>malex@labaton.com |
| 8 | | 140 Broadway<br>New York, New York  10005 |
| 9 | | Telephone: (212) 907-0700<br>Facsimile:  (212) 818-0477 |
| 10 | | |
| 11 | | MOTLEY RICE LLP<br>Mark I. Labaton (Bar No. 159555) |
| 12 | | mlabaton@motleyrice.com<br>Robert Zabb (Bar No. 114405) |
| 13 | | rzabb@motleyrice.com<br>1801 Century Park East, Suite 475 |
| 14 | | Los Angeles, CA  90067<br>Telephone: (310) 552-7992 |
| 15 | | Facsimile:  (310) 552-8054 |
| 16 | | *Attorneys for Plaintiffs Asset Management Fund, d/b/a AMF Funds, AMF Intermediate* |
| 17 | | *Mortgage Fund, AMF Ultra Short Fund, AMF Ultra Short Mortgage Fund, AMF* |
| 18 | | *Short U.S. Government Fund, and AMF U.S. Government Mortgage Fund* |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |