| | |
|---|---|
| 1 | Mark I. Labaton (Bar No. 159555) |
|  | mlabaton@motleyrice.com |
| 2 | Robert Zabb (Bar No. 114405) |
|  | rzabb@motleyrice.com |
| 3 | MOTLEY RICE LLP |
|  | 1801 Century Park East, #475 |
| 4 | Los Angeles, CA  90067 |
|  | Telephone: (310) 552-7992 |
| 5 | Facsimile:  (310) 552-8054 |
| 6 | Joel H. Bernstein |
|  | jbernstein@labaton.com |
| 7 | Martis Alex (Bar No. 77903) |
|  | malex@labaton.com |
| 8 | Mark S. Arisohn |
|  | marisohn@labaton.com |
| 9 | LABATON SUCHAROW LLP |
|  | 140 Broadway |
| 10 | New York, New York  10005 |
|  | Telephone: (212) 907-0700 |
| 11 | Facsimile:  (212) 818-0477 |
| 12 | *Counsel for Plaintiffs* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE BACKED SECURITIES LITIGATION | Case No. 11-ML-02265 |
| ASSET MANAGEMENT FUND, d/b/a AMF FUNDS; AMF INTERMEDIATE MORTGAGE FUND; AMF ULTRA SHORT FUND; AMF ULTRA SHORT MORTGAGE FUND; AMF SHORT U.S. GOVERNMENT FUND; and AMF U.S. GOVERNMENT MORTGAGE FUND | Case No. CV 12-04775 MRP (MANx) |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; NB HOLDINGS CORPORATION; MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. (f/k/a BANC OF AMERICA SECURITIES LLC); BANC OF AMERICA FUNDING CORPORATION; | |

(continued)

| | |
|---|---|
| 1 | BANK OF AMERICA MORTGAGE SECURITIES INC.; COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS, INC.; CWMBS, INC.; MERRILL LYNCH MORTGAGE LENDING, INC.; MERRILL LYNCH MORTGAGE INVESTORS, INC.; and MERRILL LYNCH CO., INC., |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Defendants. |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

PROOF OF SERVICE
CASE NO. CV 12-04775-MRP (MANx)

# PROOF OF SERVICE

STATE OF NEW YORK    )
                     )
COUNTY OF NEW YORK   )

I, the undersigned, declare:

I am over the age of 18 and not a party to the within action. My business address is Labaton Sucharow LLP, 140 Broadway, New York, New York 10005.

On September 7, 2012, I caused the following to be served:

- **NOTICE OF VOLUNTARY DISMISSAL OF CREDIT SUISSE SECURITIES (USA) LLC; CREDIT SUISSE HOLDINGS (USA), INC., CREDIT SUISSE (USA), INC.; GOLDMAN SACHS & CO.; DEUTSCHE BANK SECURITIES INC.; MERRILL LYNCH MORTGAGE CAPITAL INC.; and**
- **PROOF OF SERVICE**

on those listed in the attached service list, including the opposing parties through counsel who have appeared in this matter through posting of these documents to the ECF website of the USDC Central District of California.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct. Executed at New York, New York on September 7, 2012.

|   Stacy Auer   |   /s/ Stacy Auer   |
|---|---|
| (Type or Print Name) | (Signature) |

PROOF OF SERVICE
CASE NO. CV 12-04775-MRP (MANx)

# SERVICE LIST

*The following parties have received the above-listed documents via ECF notification:*

Brian E. Pastuszenski
Inez H. Friedman-Boyce
GOODWIN PROCTER LLP
53 State Street, Exchange Place
Boston, MA 02109
Tel: 617-570-1000
Fax: 617-523-1231
bpastuszenski@goodwinprocter.com
ifriedmanboyce@goodwinprocter.com

Daniel P. Roeser
GOODWIN PROCTOR LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel: 212-813-8800
Fax: 212-355-3333
droeser@goodwinprocter.com

Jay B. Kasner
Christopher P. Malloy
Scott D. Musoff
SKADDEN ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
42nd floor
New York, NY 10036
Tel: 212-735-3000
Fax: 212-735-2000
jay.kasner@skadden.com
christopher.malloy@skadden.com
scott.musoff@skadden.com

Jason D Russell
SKADDEN ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue Suite 3400
Los Angeles, CA 90071-3144
Tel: 213-687-5000
Fax: 213-687-5600
jrussell@skadden.com