1  Mark I. Labaton (Bar No. 159555)
2  mlabaton@motleyrice.com
   Robert Zabb (Bar No. 114405)
3  rzabb@motleyrice.com
   MOTLEY RICE LLP
4  1801 Century Park East, #475
   Los Angeles, CA  90067
5  Telephone:  (310) 552-7992
   Facsimile:  (310) 552-8054
6
   Joel H. Bernstein
7  jbernstein@labaton.com
   Mark S. Arisohn
8  marisohn@labaton.com
   Martis Alex (Bar No. 77903)
9  malex@labaton.com
   LABATON SUCHAROW LLP
10 140 Broadway
   New York, New York  10005
11 Telephone:  (212) 907-0700
   Facsimile:  (212) 818-0477
12
   *Attorneys for Plaintiffs Asset Management*
13 *Fund, d/b/a AMF Funds, AMF*
   *Intermediate Mortgage Fund, AMF Ultra*
14 *Short Fund, AMF Ultra Short Mortgage*
   *Fund, AMF Short U.S. Government Fund,*
15 *and AMF U.S. Government Mortgage Fund*

16 [Additional parties and counsel appear on signature pages]

17                    UNITED STATES DISTRICT COURT

18            CENTRAL DISTRICT OF CALIFORNIA – WESTERN  DIVISION

| 19 | In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 11-ML-02265-MRP (MANx) |
|---|---|---|
| 20 | | **STIPULATION REGARDING SERVICE OF SUMMONS AND COMPLAINT NUNC PRO TUNC AND BRIEFING SCHEDULE** |
| 21 | | |
| 22 | | |
| 23 | | Judge: Honorable Mariana R. Pfaelzer<br>Courtroom: 12 |
| 24 | ASSET MANAGEMENT FUND, D/B/A AMF FUNDS, *et al.*, | Case No. 12-CV-04775-MRP (MANx) |
| 25 | Plaintiffs, | |
| 26 | v. | |
| 27 | BANK OF AMERICA CORPORATION, *et al.*, | |
| 28 | Defendants. | |

WHEREAS on September 7, 2012, Plaintiffs timely filed the Complaint;

WHEREAS, due to a mistake by the deputy clerk, the Complaint was not accepted as filed and the Summons was not stamped by the deputy clerk;

WHEREAS the deputy clerk corrected the error and issued the Summons on September 13, 2012;

WHEREAS the Summons and Complaint were served on Defendants' attorneys via email on September 14, 2012;

WHEREAS the parties have agreed, subject to the approval of the Court, that the Summons and Complaint served via email on September 14, 2012 is deemed served *nunc pro tunc* on September 7, 2012;

WHEREAS the parties further have agreed, subject to the approval of the Court, that Defendants shall have until October 15, 2012 in which to answer, move against, or otherwise respond to the Complaint;

WHEREAS the parties further have agreed, subject to the approval of the Court, that Plaintiffs shall have until November 14, 2012 in which to respond to Defendants' motions to dismiss, if any, and Defendants shall have until December 14, 2012 in which to submit replies;

NOW THEREFORE, IT IS HEREBY STIPULATED BY AND AMONG THE PARTIES HERETO AND THEIR COUNSEL OF RECORD THAT:

(a) The Summons and Complaint served via email on September 14, 2012 is deemed served *nunc pro tunc* on September 7, 2012.

(b) Defendants' deadline to answer, move against, or otherwise respond to the Complaint shall be October 15, 2012.

(d) Plaintiffs' deadline to respond to Defendants' motion to dismiss, if any, shall be November 14, 2012.

(e) Defendants' deadline to submit replies in support of their motion to dismiss, if any, shall be December 14, 2012.

(e) This stipulation and the Proposed Order submitted herewith are without prejudice to any party's right to seek additional extensions of the foregoing deadlines, by stipulation or otherwise.

Dated: September 21, 2012

LABATON SUCHAROW LLP

By: */s/ Joel H. Bernstein*
  Joel H. Bernstein

Attorneys for Plaintiffs ASSET MANAGEMENT FUND, D/B/A AMF FUNDS, AMF INTERMEDIATE MORTGAGE FUND, AMF ULTRA SHORT FUND, AMF ULTRA SHORT MORTGAGE FUND, AMF SHORT U.S. GOVERNMENT FUND, AND AMF U.S. GOVERNMENT MORTGAGE FUND

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: */s/ Christopher P. Malloy*
  Christopher P. Malloy

Attorneys for Defendants BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., BANC OF AMERICA FUNDING CORPORATION, BANK OF AMERICA MORTGAGE SECURITIES, INC., MERRILL LYNCH MORTGAGE LENDING, INC., MERRILL LYNCH MORTGAGE INVESTORS, INC., AND MERRILL LYNCH & CO., INC.

GOODWIN PROCTER LLP

By: */s/ Brian Pastuszenski*
  Brian Pastuszenski

Attorneys for Defendants COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS, INC.; CWMBS, INC.

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP


By:       */s/ Jason Russell*
            Jason Russell

Attorney for NB HOLDINGS
CORPORATION