Mark I. Labaton (Bar No. 159555)
mlabaton@motleyrice.com
Robert Zabb (Bar No. 114405)
rzabb@motleyrice.com
MOTLEY RICE LLP
1801 Century Park East, #475
Los Angeles, CA  90067
Telephone:  (310) 552-7992
Facsimile:  (310) 552-8054

Joel H. Bernstein
jbernstein@labaton.com
Mark S. Arisohn
marisohn@labaton.com
Martis Alex (Bar No. 77903)
malex@labaton.com
LABATON SUCHAROW LLP
140 Broadway
New York, New York  10005
Telephone:  (212) 907-0700
Facsimile:  (212) 818-0477

*Attorneys for Plaintiffs Asset Management Fund, d/b/a AMF Funds, AMF Intermediate Mortgage Fund, AMF Ultra Short Fund, AMF Ultra Short Mortgage Fund, AMF Short U.S. Government Fund, and AMF U.S. Government Mortgage Fund*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN  DIVISION

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 11-ML-02265-MRP (MANx)<br>**[PROPOSED] ORDER GRANTING SERVICE OF SUMMONS AND COMPLAINT NUNC PRO TUNC AND BRIEFING SCHEDULE**<br><br>Judge: Honorable Mariana R. Pfaelzer<br>Courtroom: 12 |
| ASSET MANAGEMENT FUND, D/B/A AMF FUNDS, *et al.*,<br>Plaintiffs,<br>v.<br>BANK OF AMERICA CORPORATION, *et al.*,<br>Defendants. | Case No. 12-CV-04775-MRP (MANx) |

Based on the parties' stipulation, it is hereby ordered:

(a) The Summons and Complaint served via email on September 14, 2012 is deemed served *nunc pro tunc* on September 7, 2012.

(b) Defendants' deadline to answer, move against, or otherwise respond to the Complaint shall be October 15, 2012.

(d) Plaintiffs' deadline to respond to Defendants' motion to dismiss, if any, shall be November 14, 2012.

(e) Defendants' deadline to submit replies in support of their motion to dismiss, if any, shall be December 14, 2012.

IT IS SO ORDERED:

DATE: _____

The Honorable Mariana R. Pfaelzer
United States District Judge