1  Mark I. Labaton (Bar No. 159555)
   mlabaton@motleyrice.com
2  Robert Zabb (Bar No. 114405)
   rzabb@motleyrice.com
3  MOTLEY RICE LLP
   1801 Century Park East, #475
4  Los Angeles, CA  90067
   Telephone:  (310) 552-7992
5  Facsimile:  (310) 552-8054

6  Joel H. Bernstein
   jbernstein@labaton.com
7  Mark S. Arisohn
   marisohn@labaton.com
8  Martis Alex (Bar No. 77903)
   malex@labaton.com
9  LABATON SUCHAROW LLP
   140 Broadway
10 New York, New York  10005
   Telephone:  (212) 907-0700
11 Facsimile:  (212) 818-0477

12 *Attorneys for Plaintiffs Asset Management Fund, d/b/a AMF Funds, AMF*
13 *Intermediate Mortgage Fund, AMF Ultra Short Fund, AMF Ultra Short Mortgage*
14 *Fund, AMF Short U.S. Government Fund, and AMF U.S. Government Mortgage Fund*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 11-ML-02265-MRP (MANx) [PROPOSED] ORDER GRANTING SERVICE OF SUMMONS AND COMPLAINT NUNC PRO TUNC AND BRIEFING SCHEDULE Judge: Honorable Mariana R. Pfaelzer Courtroom: 12 |
|---|---|
| ASSET MANAGEMENT FUND, D/B/A AMF FUNDS, *et al.*, Plaintiffs, v. BANK OF AMERICA CORPORATION, *et al.*, Defendants. | Case No. 12-CV-04775-MRP (MANx) |

Based on the parties' stipulation, it is hereby ordered:

(a) The Summons and Complaint served via email on September 14, 2012 is deemed served *nunc pro tunc* on September 7, 2012.

(b) Defendants' deadline to answer, move against, or otherwise respond to the Complaint shall be October 15, 2012.

(d) Plaintiffs' deadline to respond to Defendants' motion to dismiss, if any, shall be November 14, 2012.

(e) Defendants' deadline to submit replies in support of their motion to dismiss, if any, shall be December 14, 2012.

IT IS SO ORDERED:
DATE: September 25, 2012

*/s/ Mariana R. Pfaelzer*
The Honorable Mariana R. Pfaelzer
United States District Judge