Name and address:
Christopher P. Malloy
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Asset Management Fund, d/b/a/ AMF Funds, et al.<br><br>Plaintiff(s)<br>v.<br>Bank of America Corporation, et al.<br><br>Defendant(s). | CASE NUMBER<br>2:12-cv-04775-MRP-MAN<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

NOTICE: Effective November 1, 2011, the fee for *Pro Hac Vice* Appearance is $325.00 for **each case** application. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted. Proof of payment receipt must be attached to this application.**

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Christopher P. Malloy _____, hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☑ Defendant: see Attachment A _____ by whom I have been retained.

My business information is:
Skadden, Arps, Slate, Meagher & Flom LLP
*Firm Name*
Four Times Square
*Street Address*
New York, New York 10036          christopher.malloy@skadden.com
*City, State, Zip*                *E-Mail Address*
212-735-3792                      917-777-3792
*Telephone Number*                *Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| see Attachment B | |
| | |
| | |
| | |

G-64 (11/11)    APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE    PAGE 1 of 2

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| 10-cv-9105 | Federal Home Loan Bank of Chicago v. Bank of America Securities LLC, et al. | December 7, 2010 | Granted |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate Jason D. Russell as local counsel, whose business information is as follows:

Skadden, Arps, Slate, Meagher & Flom LLP
*Firm Name*

300 South Grand Avenue
*Street Address*

Los Angeles, CA 90071 — jason.russell@skadden.com
*City, State, Zip* — *E-Mail Address*

213-687-5328 — 213-621-5328
*Telephone Number* — *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated October 3, 2012

Christopher P. Malloy
*Applicant's Name (please print)*

*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated October 3, 2012

Jason D. Russell
*Designee's Name (please print)*

/s/ Jason D. Russell
*Designee's Signature*

169219
*Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.**



# Appellate Division of the Supreme Court of the State of New York
# Second Judicial Department

I, **Aprilanne Agostino,** Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Christopher Peter Malloy** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 18 th day of **May 1994,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on **October 02, 2012.**

_____
Clerk of the Court

# APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE (FORM G-64)

## Attachment A

Bank of America Corporation, Bank of America, N.A., NB Holdings Corporation, Bank of America Funding Corporation, Bank of America Mortgage Securities Inc., Merrill Lynch, Pierce, Fenner & Smith, Inc., Merrill Lynch Mortgage Lending, Inc., Merrill Lynch Mortgage Investors, Inc. and Merrill Lynch & Co., Inc.

# APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE (FORM G-64)

## Attachment B

## Christopher P. Malloy
## Bar Admissions

| Title of Court | Date of Admission |
|---|---|
| New York State<br><br>Appellate Division of the Supreme Court of the State of New York, Second Judicial Department | May 18, 1994 |
| U.S.D.C. Southern District of New York | May 10, 1995 |
| U.S.D.C. Eastern District of New York | March 10, 1995 |
| U.S.D.C. Northern District of New York | December 21, 1998 |
| U.S.C.A. Third Circuit | February 17, 2005 |
| U.S.C.A. Sixth Circuit | October 4, 2007 |
| U.S.C.A. Second Circuit | August 2, 2011 |