**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | CASE NUMBER: |
|---|---|
| Plaintiff(s) | |
| v. | |
| | ORDER ON |
| | APPLICATION OF NON-RESIDENT ATTORNEY |
| Defendant(s). | TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of _____ , of _____
  *Applicant's Name*                                    *Firm Name / Address*

_____                  _____
  *Telephone Number*                                    *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff      ☐ Defendant

☐ Intervener or other interested person _____

and the designation of _____
                                          *Local Counsel Designee /State Bar Number*

of _____
       *Local Counsel Firm / Address*

_____                  _____
  *Telephone Number*                                    *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED

☐ DENIED.  Fee shall be returned by the Clerk.

☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated _____          _____

                                                      U. S. District Judge/U.S. Magistrate Judge