Daniel J. Tyukody (SBN 123325)
dtyukody@goodwinprocter.com
Goodwin Procter LLP
601 South Figueroa St., 41st Floor
Los Angeles, CA 90017
Tel.: (213) 426-2500
Fax: (213) 623-1673
Attorney for Defendants:
Countrywide Financial Corporation, Countrywide Home Loans, Inc., CWMBS, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ASSET MANAGEMENT FUND ET AL., Plaintiff(s) | CASE NUMBER 2:12-CV-04775-MRP (MANx) |
|---|---|
| v. | |
| BANK OF AMERICA CORPORATION ET AL., Defendant(s). | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |

NOTICE: Effective November 1, 2011, the fee for *Pro Hac Vice* Appearance is $325.00 for **each case** application. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted. Proof of payment receipt must be attached to this application.**

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Richard M. Wyner                             , hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☒ Defendant:

Countrywide Financial Corporation, Countrywide Home Loans, Inc., CWMBS, Inc.         by whom I have been retained.

My business information is:
Goodwin Procter LLP
*Firm Name*

901 New York Avenue, N.W.
*Street Address*

Washington, D.C. 20001                             rwyner@goodwinprocter.com
*City, State, Zip*                                 *E-Mail Address*

(202) 346-4000                                     (202) 346-4444
*Telephone Number*                                 *Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| *Title of Court* | *Date of Admission* |
|---|---|
| Please See Attachment 1 | |
| | |
| | |
| | |



I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Title of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| 2:12-cv-04316-MRP-MAN | Bank Hapoalim B.M. v. Bank of America Corporation et al. | 9/28/2012 | Granted |
| 2:12-cv-04317-MRP-MAN | Principal Life Insurance v. Bank of America Corporation et al. | 9/28/2012 | Granted |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate Daniel J. Tyukody as local counsel, whose business information is as follows:

Goodwin Procter LLP
*Firm Name*

601 South Figueroa St., 41st Floor
*Street Address*

Los Angeles, CA 90017              dtyukody@goodwinprocter.com
*City, State, Zip*                 *E-Mail Address*

(213) 426-2500                     (213) 623-1673
*Telephone Number*                 *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated October 9, 2012              Richard M. Wyner
                                   *Applicant's Name (please print)*

                                   [signature]
                                   *Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated October 9, 2012              Daniel J. Tyukody
                                   *Designee's Name (please print)*

                                   /s/ Daniel J. Tyukody
                                   *Designee's Signature*

                                   SBN 123323
                                   *Designee's California State Bar Number*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.


American LegalNet, Inc.
www.FormsWorkFlow.com

**ATTACHMENT 1: APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE – RICHARD M. WYNER**

## COURT ADMISSIONS

| TITLE OF COURT | DATE OF ADMISSION |
| --- | --- |
| Washington, District of Columbia Bar | 12/19/1983 |
| United States District Court, District of Columbia | 1/3/1984 |
| United States Court of Appeals, 2nd Circuit | 5/30/2009 |
| United States Court of Appeals, 3rd Circuit | 10/11/2000 |
| United States Court of Appeals, 5th Circuit | 5/13/2008 |
| United States Court of Appeals, 6th Circuit | 4/18/2012 |
| United States Court of Appeals, 7th Circuit | 2/7/2012 |
| United States Court of Appeals, 9th Circuit | 10/21/2010 |
| United States Court of Appeals, 10th Circuit | 5/8/1989 |
| United States Court of Appeals, District of Columbia Circuit | 11/14/1989 |
| United States Supreme Court | 1/12/1987 |



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

_____ RICHARD  M.  WYNER _____

was on the ___19TH___ day of _____DECEMBER, 1983_____

duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 24, 2012.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On **October 9, 2012**, I electronically filed the following document(s) using the CM/ECF system.

**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE; AND**

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First Class Mail, to the following non-CM/ECF participants:

| Christopher P. Malloy<br>**SKADDEN, ARPS, SLATE,<br>MEAGHER & FLOM LLP**<br>Four Times Square<br>40th Floor<br>New York, NY 10036 | Jay B. Kasner<br>**SKADDEN, ARPS, SLATE,<br>MEAGHER & FLOM LLP**<br>Four Times Square<br>42nd floor<br>New York, NY 10036 |
|---|---|

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

Executed on **October 9, 2012**, at Los Angeles, California.

_____Kemi Oyemade_____          _____/s/_____
(Type or print name)              (Signature)