Name & Address:
Daniel J. Tyukody (SBN 123323)
dtyukody@goodwinprocter.com
Goodwin Procter LLP
601 South Figueroa St., 41st Floor
Los Angeles, CA 90017
Tel.: (213) 426-2500
Fax: (213) 623-1673
Attorney for Defendants:
Countrywide Financial Corporation, Countrywide Home Loans, Inc., CWMBS, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ASSET MANAGEMENT FUND ET AL.,
　　　　　　　　　　　　　　　Plaintiff(s)

v.

BANK OF AMERICA CORPORATION ET AL.,
　　　　　　　　　　　　　　　Defendant(s).

CASE NUMBER:
2:12-CV-04775-MRP (MANx)

ORDER ON
APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE

　　The Court, having reviewed proof of payment of the applicable fee and accompanying Application of **Richard M. Wyner**, of **Goodwin Procter LLP, 901 New York Avenue, N.W., Washington, D.C. 20001**
　　　　*Applicant's Name*　　　　　　　　　　　　*Firm Name / Address*

**(202) 346-4000**　　　　　　　　　　　　　　**rwyner@goodwinprocter.com**
　*Telephone Number*　　　　　　　　　　　　　　　*E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☒ Defendant **Countrywide Financial Corporation, Countrywide Home Loans, Inc., CWMBS, Inc.**

☐ Intervener or other interested person

and the designation of **Daniel J. Tyukody (SBN 123323)**
　　　　　　　　　　　*Local Counsel Designee /State Bar Number*

of **Goodwin Procter LLP, 601 South Figueroa St., 41st Floor, Los Angeles, CA 90017**
　　　　　　　　*Local Counsel Firm / Address*

**(213) 426-2500**　　　　　　　　　　　　　　**(213) 623-1673**
　*Telephone Number*　　　　　　　　　　　　　　　*E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED

☐ DENIED. Fee shall be returned by the Clerk.

☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated _____

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　U. S. District Judge/U.S. Magistrate Judge
　　　　　　　　　　　　　　　　　　　　Hon. Mariana R. Pfaelzer


American LegalNet, Inc.
www.FormsWorkFlow.com