Name & Address:
Daniel J. Tyukody (SBN 123323)
dtyukody@goodwinprocter.com
Goodwin Procter LLP
601 South Figueroa St., 41st Floor
Los Angeles, CA 90017
Tel.: (213) 426-2500
Fax: (213) 623-1673
Attorney for Defendants:
Countrywide Financial Corporation, Countrywide Home Loans, Inc., CWMBS, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ASSET MANAGEMENT FUND ET AL.,
    Plaintiff(s)

v.

BANK OF AMERICA CORPORATION ET AL.,
    Defendant(s).

CASE NUMBER:
2:12-CV-04775-MRP (MANx)

ORDER ON
APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of  Matthew G. Lindenbaum  , of  Goodwin Procter LLP, 53 State Street, Boston, MA 02109
    *Applicant's Name*           *Firm Name / Address*

(617) 570-1000        mlindenbaum@goodwinprocter.com
*Telephone Number*        *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☒ Defendant
☐ Intervener or other interested person Countrywide Financial Corporation, Countrywide Home Loans, Inc., CWMBS, Inc.

and the designation of  Daniel J. Tyukody (SBN 123323)
    *Local Counsel Designee /State Bar Number*

of  Goodwin Procter LLP, 601 South Figueroa St., 41st Floor, Los Angeles, CA 90017
    *Local Counsel Firm / Address*

(213) 426-2500        dtyukody@goodwinprocter.com
*Telephone Number*        *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED

☐ DENIED. Fee shall be returned by the Clerk.

☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated _____

_____
U. S. District Judge/U.S. Magistrate Judge
Hon. Mariana R. Pfaelzer

