Brian E. Pastuszenski (*pro hac vice*)
bpastuszenski@goodwinprocter.com
John J. Falvey (*pro hac vice* forthcoming)
jfalvey@goodwinprocter.com
Matthew G. Lindenbaum (*pro hac vice* pending)
mlindenbaum@goodwinprocter.com
**GOODWIN PROCTER LLP**
Exchange Place
Boston, MA 02109-2802
Tel.:  617-570-1000
Fax:  617-570-1231

Richard M. Wyner (*pro hac vice* pending)
rwyner@goodwinprocter.com
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC  20001-4432
Tel.: 202-346-4000
Fax: 202-346-4444

Daniel J. Tyukody (SBN 123323)
dtyukody@goodwinprocter.com
**GOODWIN PROCTER LLP**
601 South Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.:  213-426-2500
Fax:  213-623-1673

*Attorneys for Countrywide Defendants
Countrywide Financial Corporation; Countrywide
Home Loans, Inc. and CWMBS, Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No.  11-ML-02265-MRP (MANx)<br>**STIPULATION EXTENDING PAGE LIMIT FOR DEFENDANTS' MEMORANDA OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTIONS TO DISMISS AND PLAINTIFFS' OPPOSITION THERETO**<br><br>Date:         December 18, 2012<br>Time:        11:00 a.m.<br>Courtroom: 12<br>Judge:       Hon. Mariana R. Pfaelzer |
| ASSET MANAGEMENT FUND, d/b/a AMF FUNDS, et al.,<br>              Plaintiffs,<br>     v.<br>BANK OF AMERICA CORPORATION, et al.,<br>              Defendants. | Case No.  12-CV-04775-MRP (MANx) |

1

1  WHEREAS, on September 25, 2012, this Court ordered Defendants
2  Countrywide Financial Corporation, Countrywide Home Loans, Inc., and CWMBS,
3  Inc. (collectively, the "Countrywide Defendants") and Bank of America
4  Corporation, Bank of America, N.A., Banc of America Funding Corporation, Bank
5  of America Mortgage Securities Inc., NB Holdings Corporation, Merrill Lynch,
6  Pierce, Fenner & Smith, Inc. (f/k/a Banc of America Securities LLC), Merrill Lynch
7  Mortgage Lending, Inc., Merrill Lynch Mortgage Investors, Inc., and Merrill Lynch
8  Co., Inc. (collectively, the "Bank of America / Merrill Lynch Defendants") to file
9  and serve their motions to dismiss in *Asset Management Fund, d/b/a AMF Funds, et
10 al. v. Bank of America Corp., et al.*, Case No. 12-CV-04775-MRP (MANx)
11 ("*AMF*") on October 15, 2012;
12  WHEREAS, the *AMF* Complaint spans 133 pages, with 355 paragraphs, 3
13 exhibits and 2 appendices;
14  WHEREAS, pursuant to Local Rule 11-6 of the U.S. District Court for the
15 Central District of California, the Countrywide Defendants and Bank of America /
16 Merrill Lynch Defendants may each file a memorandum of points and authorities of
17 up to 25 pages in support of their motions to dismiss;
18  WHEREAS, the parties hereto agree that justification and good cause exists
19 for extending the 25-page limitation for the Countrywide Defendants' and the Bank
20 of America / Merrill Lynch Defendants' memoranda of points and authorities in
21 support of their motions to dismiss, and Plaintiffs' memorandum in opposition to
22 these motions to dismiss;
23  NOW, THEREFORE, the parties hereby agree and stipulate to the following,
24 subject to the Court's approval:
25  The Countrywide Defendants and the Bank of America / Merrill Lynch
26 Defendants shall file memoranda of points and authorities in support of their
27 motions to dismiss not to exceed 45 pages and 35 pages in length, respectively, and
28 Plaintiffs shall file a consolidated opposition not to exceed the combined length of

the Defendants' memoranda of points and authorities.

Dated:  October 12, 2012

Defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc., and CWMBS, Inc..

By their attorneys,

/s/  Daniel J. Tyukody
Daniel J. Tyukody (SBN 123323)
Brian E. Pastuszenski (*pro hac vice*)
John J. Falvey, Jr. (*pro hac* forthcoming)
Richard M. Wyner (*pro hac vice* pending)
Matthew G. Lindenbaum (*pro hac vice* pending)

Dated:  October 12, 2012

Defendants Bank of America Corporation, Bank of America, N.A., Banc of America Funding Corporation, Bank of America Mortgage Securities Inc., NB Holdings Corporation, Merrill Lynch, Pierce, Fenner & Smith, Inc. (f/k/a Banc of America Securities LLC), Merrill Lynch Mortgage Lending, Inc., Merrill Lynch Mortgage Investors, Inc., and Merrill Lynch Co., Inc.

By its attorneys,

/s/ Jason D. Russell   (with permission)
Jason D. Russell (SBN 169219)
*jrussell@skadden.com*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California  90071
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

Jay B. Kasner (*pro hac vice* pending)
*jay.kasner@skadden.com*
Christopher P. Malloy (*pro hac vice* pending)
*christopher.malloy@skadden.com*
Scott D. Musoff
*scott.musoff@skadden.com*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY  10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

STIPULATION EXTENDING PAGE LIMIT FOR DEFENDANTS' MEMORANDA OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTIONS TO DISMISS AND PLAINTIFFS' OPPOSITION THERETO

| | | |
|---|---|---|
| 1 | Dated: October 12, 2012 | Asset Management Fund, d/b/a AMF Funds, AMF Intermediate Mortgage Fund, AMF Ultra Short Fund, AMF Ultra Short Mortgage Fund, AMF Short U.S. Government Fund, and AMF U.S. Government Mortgage Fund |

By its attorneys,

/s/ Mark I. Labaton    (with permission)
Mark I. Labaton (SBN 159555)
*mlabaton@motleyrice.com*
Robert Zabb (SBN 114405)
*rzabb@motleyrice.com*
MOTLEY RICE LLP
1801 Century Park East, Suite 475
Los Angeles, CA  90067
Tel: (310) 552-7992
Fax: (310) 552-8054

Joel H. Bernstein
*jbernstein@labaton.com*
Mark S. Arisohn
*marisohn@labaton.com*
Martis Alex
*malex@labaton.com*
LABATON SUCHAROW LLP
140 Broadway
New York, NY  10005
Telephone:  (212) 907-0700
Facsimile:  (212) 818-0477

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On **October 12, 2012**, I electronically filed the following document(s) using the CM/ECF system:

**STIPULATION EXTENDING PAGE LIMIT FOR DEFENDANTS' MEMORANDA OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTIONS TO DISMISS AND PLAINTIFFS' OPPOSITION THERETO**

**[PROPOSED] ORDER GRANTING EXTENDING PAGE LIMIT FOR DEFENDANTS' MEMORANDA OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTIONS TO DISMISS AND PLAINTIFFS' OPPOSITION THERETO**

I certify that all participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

Executed on **October 12, 2012**, at Los Angeles, California.

_____Kemi Oyemade_____   _____(Signature)_____
(Type or print name)