| | |
|---|---|
| 1 | Brian E. Pastuszenski (*pro hac vice*) |
| | bpastuszenski@goodwinprocter.com |
| 2 | John J. Falvey (*pro hac vice* forthcoming) |
| | jfalvey@goodwinprocter.com |
| 3 | Matthew G. Lindenbaum (*pro hac vice* forthcoming) |
| | mlindenbaum@goodwinprocter.com |
| 4 | **GOODWIN PROCTER LLP** |
| | Exchange Place |
| 5 | Boston, MA 02109-2802 |
| | Tel.:  617-570-1000 |
| 6 | Fax:  617-570-1231 |
| 7 | Richard M. Wyner (*pro hac vice* forthcoming) |
| | rwyner@goodwinprocter.com |
| 8 | **GOODWIN PROCTER LLP** |
| | 901 New York Avenue, N.W. |
| 9 | Washington, DC  20001-4432 |
| | Tel.: 202-346-4000 |
| 10 | Fax: 202-346-4444 |
| 11 | Daniel J. Tyukody (SBN 123323) |
| | dtyukody@goodwinprocter.com |
| 12 | **GOODWIN PROCTER LLP** |
| | 601 South Figueroa Street, 41st Floor |
| 13 | Los Angeles, California 90017 |
| | Tel.:  213-426-2500 |
| | Fax:  213-623-1673 |
| 14 | *Attorneys for Countrywide Defendants* |
| 15 | *Countrywide Financial Corporation; Countrywide Home Loans, Inc. and CWMBS, Inc.* |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No.  11-ML-02265-MRP (MANx) <br><br> **[PROPOSED] ORDER GRANTING EXTENDING PAGE LIMIT FOR DEFENDANTS' MEMORANDA OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTIONS TO DISMISS AND PLAINTIFFS' OPPOSITION THERETO** <br><br> Date:         December 18, 2012 <br> Time:        11:00 a.m. <br> Courtroom: 12 <br> Judge:       Hon. Mariana R. Pfaelzer |
| ASSET MANAGEMENT FUND, d/b/a AMF FUNDS, et al., <br>                        Plaintiffs, <br>       v. <br> BANK OF AMERICA CORPORATION, et al., <br>                        Defendants. | Case No.  12-CV-04775-MRP (MANx) |

1

[PROPOSED] ORDER GRANTING EXTENDING PAGE LIMIT FOR DEFENDANTS' MEMORANDA OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTIONS TO DISMISS AND PLAINTIFFS' OPPOSITION THERETO

1       Based upon the unopposed motion dated October 12, 2012, and good cause appearing therefore,

      IT IS HEREBY ORDERED AS FOLLOWS The Countrywide Defendants and the Bank of America / Merrill Lynch Defendants shall file memoranda of points and authorities in support of their motions to dismiss not to exceed 45 pages and 35 pages in length, respectively, and Plaintiffs shall file a consolidated opposition not to exceed the combined length of the Defendants' memoranda of points and authorities.

      SO ORDERED.

Dated: _____, 2012

                                                Hon. Mariana R. Pfaelzer
                                                UNITED STATES DISTRICT JUDGE