Name & Address:
Daniel J. Tyukody (SBN 123323)
dtyukody@goodwinprocter.com
Goodwin Procter LLP
601 South Figueroa St., 41st Floor
Los Angeles, CA 90017
Tel.: (213) 426-2500
Fax: (213) 623-1673
Attorney for Defendants:
Countrywide Financial Corporation, Countrywide Home Loans, Inc., CWMBS, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ASSET MANAGEMENT FUND ET AL., Plaintiff(s) v. BANK OF AMERICA CORPORATION ET AL., Defendant(s). | CASE NUMBER: 2:12-CV-04775-MRP (MANx) |
|---|---|
| | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of __Matthew G. Lindenbaum__ (Applicant's Name), of __Goodwin Procter LLP, 53 State Street, Boston, MA 02109__ (Firm Name / Address)

__(617) 570-1000__ (Telephone Number)    __mlindenbaum@goodwinprocter.com__ (E-mail Address)

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☒ Defendant __Countrywide Financial Corporation, Countrywide Home Loans, Inc., CWMBS, Inc.__ ☐ Intervener or other interested person

and the designation of __Daniel J. Tyukody (SBN 123323)__ (Local Counsel Designee /State Bar Number)

of __Goodwin Procter LLP, 601 South Figueroa St., 41st Floor, Los Angeles, CA 90017__ (Local Counsel Firm / Address)

__(213) 426-2500__ (Telephone Number)    __dtyukody@goodwinprocter.com__ (E-mail Address)

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated __October 12, 2012__            /s/ Mariana R. Pfaelzer
                                       U. S. District Judge/U.S. Magistrate Judge
                                       Hon. Mariana R. Pfaelzer

G-64 ORDER (11/10)    ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

American LegalNet, Inc.
www.FormsWorkFlow.com