Case 2:12-cv-04775-MRP-MAN   Document 29-1   Filed 10/09/12   Page 1 of 1   Page ID #:1318

Name & Address:
Daniel J. Tyukody (SBN 123323)
dtyukody@goodwinprocter.com
Goodwin Procter LLP
601 South Figueroa St., 41st Floor
Los Angeles, CA 90017
Tel.: (213) 426-2500
Fax: (213) 623-1673
Attorney for Defendants:
Countrywide Financial Corporation, Countrywide Home Loans, Inc., CWMBS, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSET MANAGEMENT FUND ET AL., Plaintiff(s) v. BANK OF AMERICA CORPORATION ET AL., Defendant(s). | CASE NUMBER: 2:12-CV-04775-MRP (MANx) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of __Richard M. Wyner__, of __Goodwin Procter LLP, 901 New York Avenue, N.W., Washington, D.C. 20001__
   *Applicant's Name*              *Firm Name / Address*

__(202) 346-4000__                                  __rwyner@goodwinprocter.com__
   *Telephone Number*                                *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☒ Defendant
__Countrywide Financial Corporation, Countrywide Home Loans, Inc.,__
☐ Intervener or other interested person __CWMBS, Inc.__

and the designation of __Daniel J. Tyukody (SBN 123323)__
   *Local Counsel Designee / State Bar Number*

of __Goodwin Procter LLP, 601 South Figueroa St., 41st Floor, Los Angeles, CA 90017__
   *Local Counsel Firm / Address*

__(213) 426-2500__                              __(213) 623-1673__
   *Telephone Number*                           *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated __October 12, 2012__                 _/s/ Mariana R. Pfaelzer_
                                           U. S. District Judge/U.S. Magistrate Judge
                                           Hon. Mariana R. Pfaelzer

---

G-64 ORDER (11/10)        ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

American LegalNet, Inc.
www.FormsWorkFlow.com