Name & Address:
Jay B. Kasner
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Asset Management Fund, d/b/a AMF Funds, et al.<br><br>Plaintiff(s)<br>v.<br><br>Bank of America Corporation, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:12-cv-04755-MRP-MAN<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of __Jay B. Kasner__ , of __Skadden, Arps, Slate, Meagher & Flom/Four Times Square, New York, NY 10036__
   *Applicant's Name*                                *Firm Name / Address*

__212-735-2628__                                    __jay.kasner@skadden.com__
   *Telephone Number*                                 *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff  ☒ Defendant

☐ Intervener or other interested person __see Attachment A__

and the designation of __Jason D. Russell (SBN 169219)__
                        *Local Counsel Designee /State Bar Number*

of __Skadden, Arps, Slate, Meagher & Flom LLP/300 South Grand Avenue, Los Angeles, CA 90071__
    *Local Counsel Firm / Address*

__213-687-5328__                                    __jason.russell@skadden.com__
   *Telephone Number*                                 *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated __October 12, 2012__                         __/s/ Mariana R. Pfaelzer__
                                                   U. S. District Judge/U.S. Magistrate Judge

---

G-64 ORDER (11/10)    ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE