Name & Address:
Christopher P. Malloy
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Asset Management Fund, d/b/a AMF Funds, et al.<br><br>Plaintiff(s)<br>v.<br>Bank of America Corporation, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:12-cv-04755-MRP-MAN<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of <u>Christopher P. Malloy</u>, of <u>Skadden, Arps, Slate, Meagher & Flom/Four Times Square, New York, NY 10036</u>
    *Applicant's Name*      *Firm Name / Address*

<u>212-735-3792</u>      <u>christopher.malloy@skadden.com</u>
  *Telephone Number*      *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☑ Defendant
☐ Intervener or other interested person <u>see Attachment A</u>

and the designation of <u>Jason D. Russell (SBN 169219)</u>
    *Local Counsel Designee /State Bar Number*

of <u>Skadden, Arps, Slate, Meagher & Flom LLP/300 South Grand Avenue, Los Angeles, CA 90071</u>
    *Local Counsel Firm / Address*

<u>213-687-5328</u>      <u>jason.russell@skadden.com</u>
  *Telephone Number*      *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☑ GRANTED
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated *October 12, 2012*      /s/ Mariana R. Pfaelzer
                                                 U. S. District Judge/U.S. Magistrate Judge