# *APPENDIX A*

*APPENDIX A*

*Asset Management Fund, d/b/a AMF Funds, et al. v. Bank of America Corp., et al.*, Case No. 12-CV-04775-MRP (MANx)

# APPENDIX A

## DELINQUENCY DATA DISPROVES AMF'S ASSERTION THAT LTV/CLTV "MISREPRESENTATIONS" INCREASE THE RISK OF DEFAULT

| Asset | Reported Percentage of Loans in Securitization with CLTV over 100%[1] | "Actual" Percentage of Original Amount of Loans Sampled With CLTV over 100% Based on the AVM[2] | Total Current Delinquency Rate At Time Of Sale[3] |
|---|---|---|---|
| CWMBS 2007-4 1A11 | 0% | 29.40% | 1.29% |
| CWMBS 2006-20 1A17 | 0% | 27.04% | 1.90% |
| CWMBS 2006-20 1A4 | 0% | 27.04% | 1.90% |
| CWMBS 2006-18 2A1, 2A2[4] | 0% | 21.44% | 19.05% |
| CWMBS 2006-HYB3 M | 0% | 12.01% | 36.32% |
| CWMBS 2005-22 M | 0% | 9.18% | 26.07% |
| CWMBS 2003-56 M | 0% | 8.08% | 9.94% |

---

[1] *See* Complaint ¶ 87, Table 8, Column 2.
[2] *See* Complaint ¶ 87, Table 8, Column 3.
[3] *See* RJN Ex. 22 (CWMBS 2007-4 Distribution Report from Oct. 25, 2007) at 13; RJN Ex. 23 (CWMBS 2006-20 Distribution Report from Jan. 25, 2008) at 12; RJN Ex. 24 (CWMBS 2006-18 Distribution Report from Apr. 26, 2010) at 19; RJN Ex. 25 (CWMBS 2006-HYB3 Distribution Report from July 20, 2010) at 18; RJN Ex. 26 (CWMBS 2005-22 Distribution Report from July 26, 2010) at 18; RJN Ex. 27 (CWMBS 2003-56 Distribution Report from May 25, 2010) at 7.
[4] AMF made one purchase in CWMBS 2008-2R (tranche A1), and the Complaint states that "Trust CWHL 2008-2R 'consist[s] of an . . . ownership interest in both the Class 2-A-1 and Class 2-A-2 Certificates of CHL Mortgage Pass-Through Trust 2006-18 . . . which are previously-issued mortgage pass-through certificates . . .'" Complaint ¶ 87 n.3. Accordingly, this analysis reflects the delinquency data reported for CWMBS 2006-18 (tranches 2A1 and 2A2).

*Asset Management Fund, d/b/a AMF Funds, et al. v. Bank of America Corp., et al.*, Case No. 12-CV-04775-MRP (MANx)

### DELINQUENCY DATA DISPROVES AMF'S ASSERTION THAT LTV/CLTV "MISREPRESENTATIONS" INCREASE THE RISK OF DEFAULT

**AMF'S MBS PURCHASES**



Total Current Delinquency Rate At Time Of Sale

"Actual" Percentage Of Loans With CLTV Rates Over 100% Based On AMF'S AVM