1   Brian E. Pastuszenski (*pro hac vice*)
    bpastuszenski@goodwinprocter.com
2   John J. Falvey, Jr. (*pro hac vice* forthcoming)
    jfalvey@goodwinprocter.com
3   Matthew G. Lindenbaum (*pro hac vice*)
    mlindenbaum@goodwinprocter.com
4   **GOODWIN PROCTER LLP**
    Exchange Place
5   Boston, MA 02109-2802
    Tel.:  617-570-1000
6   Fax:  617-570-1231

7   Richard M. Wyner (*pro hac vice*)
    rwyner@goodwinprocter.com
8   **GOODWIN PROCTER LLP**
    901 New York Avenue, N.W.
9   Washington, DC  20001-4432
    Tel.: 202-346-4000
10  Fax: 202-346-4444

11  Daniel J. Tyukody (SBN 123323)
    dtyukody@goodwinprocter.com
12  **GOODWIN PROCTER LLP**
    601 South Figueroa Street, 41st Floor
13  Los Angeles, California 90017
    Tel.:  213-426-2500
14  Fax:  213-623-1673

15  *Attorneys for Countrywide Defendants*
    *Countrywide Financial Corporation; Countrywide*
16  *Home Loans, Inc. and CWMBS, Inc.*

17              **UNITED STATES DISTRICT COURT**
18              **CENTRAL DISTRICT OF CALIFORNIA**

19  IN re COUNTRYWIDE                Case No.  11-ML-02265-MRP (MANx)
    FINANCIAL CORP. MORTGAGE-
20  BACKED SECURITIES               **[PROPOSED] ORDER ON**
    LITIGATION                      **COUNTRYWIDE DEFENDANTS'**
21                                  **MOTION TO DISMISS PLAINTIFFS'**
                                    **COMPLAINT**
22                                  Date:        December 18, 2012
                                    Time:        11:00 a.m.
23                                  Courtroom:   12
                                    Judge:       Hon. Mariana R. Pfaelzer
24
    ASSET MANAGEMENT FUND,
25  d/b/a AMF FUNDS, et al.,
                            Plaintiffs,    Case No.  12-CV-04775-MRP (MANx)
26          v.
27  BANK OF AMERICA
    CORPORATION, et al.,
28                          Defendants.

        [PROPOSED] ORDER ON COUNTRYWIDE DEFENDANTS' MOTION TO DISMISS PLAINTIFFS'
                                       COMPLAINT

1    Before the Court is the Motion to Dismiss filed by Countrywide Financial

2    Corporation, Countrywide Home Loans, Inc. and CWMBS, Inc. (collectively, the

3    "Countrywide Defendants").  Having considered the Countrywide Defendants'

4    Motion to Dismiss, the Memorandum in Support of Countrywide Defendants'

5    Motion to Dismiss and supporting papers filed therewith, the response and replies

6    thereto, all other memoranda and papers on file, and oral argument, the Motion is

7    hereby GRANTED.

8    IT IS THEREFORE ORDERED that the Plaintiffs' Complaint is dismissed in

9    its entirety with prejudice as to the Countrywide Defendants.

10

11   SO ORDERED.

12

13   Dated: _____, 2012

14                                        _____

15                                        Hon. Mariana R. Pfaelzer
                                         UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28