| | |
|---|---|
| 1 | Brian E. Pastuszenski (*pro hac vice*) |
| | bpastuszenski@goodwinprocter.com |
| 2 | John J. Falvey, Jr. (*pro hac vice* forthcoming) |
| | jfalvey@goodwinprocter.com |
| 3 | Matthew G. Lindenbaum (*pro hac vice*) |
| | mlindenbaum@goodwinprocter.com |
| 4 | **GOODWIN PROCTER LLP** |
| | Exchange Place |
| 5 | Boston, MA 02109-2802 |
| | Tel.:  617-570-1000 |
| 6 | Fax:  617-570-1231 |
| 7 | Richard M. Wyner (*pro hac vice*) |
| | rwyner@goodwinprocter.com |
| 8 | **GOODWIN PROCTER LLP** |
| | 901 New York Avenue, N.W. |
| 9 | Washington, DC  20001-4432 |
| | Tel.: 202-346-4000 |
| 10 | Fax: 202-346-4444 |
| 11 | Daniel J. Tyukody (SBN 123323) |
| | dtyukody@goodwinprocter.com |
| 12 | **GOODWIN PROCTER LLP** |
| | 601 South Figueroa Street, 41st Floor |
| 13 | Los Angeles, California 90017 |
| | Tel.:  213-426-2500 |
| 14 | Fax:  213-623-1673 |
| 15 | *Attorneys for Countrywide Defendants* |
| | *Countrywide Financial Corporation; Countrywide* |
| 16 | *Home Loans, Inc. and CWMBS, Inc.* |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No.  11-ML-02265-MRP (MANx) **PROOF OF SERVICE** Date:          December 18, 2012 Time:          11:00 a.m. Courtroom:  12 Judge:         Hon. Mariana R. Pfaelzer |
| ASSET MANAGEMENT FUND, d/b/a AMF FUNDS, et al., Plaintiffs, v. BANK OF AMERICA CORPORATION, et al., Defendants. | Case No.  12-CV-04775-MRP (MANx) |

PROOF OF SERVICE
1

## **PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in Suffolk County, Commonwealth of Massachusetts, and not a party to the above-entitled cause. On **October 15, 2012**, I electronically filed the following documents using the CM/ECF system:

**COUNTRYWIDE DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT;**

**COUNTRYWIDE DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION TO DISMISS;**

**COUNTRYWIDE DEFENDANTS' NOTICE OF AND REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFFS' COMPLAINT AND EXHIBITS 1-27; and**

**[PROPOSED] ORDER ON COUNTRYWIDE DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

I certify that all participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

Executed on **October 15, 2012**, Boston, Massachusetts.

| Arianne Waldron | _(Signature)_ |
|---|---|
| (Type or print name) | |